IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRK D. ROBINSON,<br><br>             Plaintiff,<br><br>vs.<br><br>BUFFALO COUNTY, Political Subdivision, in thier official capacity; CITY OF KEARNEY, Political Entity in Buffalo County, in their official capacity; SHAWN EATHERTON, in their individual and official capacity; KARI FISK, in their individual and official capacity; BRANDON BRUEGGEMANN, Deputy sheriff for Buffalo County, NE; R. ANTHONY CORDOVA, Police Detective for the city of Kearney, NE; and RYAN CARSON, District Judge, Buffalo County, NE;<br><br>             Defendants. | 8:24CV243<br><br>ORDER |

      This matter is before the Court on the Court's own motion. On November 15, 2023, Plaintiff Kirk D. Robinson named the undersigned as a defendant in his amended complaint in Case No. 8:23CV452, Filing No. 6, and the undersigned has recused himself in that matter pursuant to 28 U.S.C. § 455(b)(5), which provides that any judge of the United States "shall . . . disqualify himself . . . [where] [h]e . . . [i]s a party to the proceeding . . . ." Filing No. 8, Case No. 8:23CV452. Robinson also filed essentially identical "Motion[s] for a Change of Venue" in several of his cases[1] alleging that he cannot get a fair and unbiased hearing in this Court based, in part, on his pending action against the undersigned. Under these circumstances and because his

---

[1] See Filing No. 41, Case No. 8:22CV151; Filing No. 19, Case No. 8:22CV398; Filing No. 25, Case No. 8:23CV137; Filing No. 10, Case No. 8:23CV418; Filing No. 10, Case No. 8:23CV451; Filing No. 7, Case No. 8:23CV452; Filing No. 6, Case No. 8:23CV486.

impartiality might reasonably be questioned, the undersigned shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 3rd day of July, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge