IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRK D. ROBINSON,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BUFFALO COUNTY, Political Subdivision, in thier official capacity; CITY OF KEARNEY, Political Entity in Buffalo County, in their official capacity; SHAWN EATHERTON, in their individual and official capacity; KARI FISK, in their individual and official capacity; BRANDON BRUEGGEMANN, Deputy sheriff for Buffalo County, NE; R. ANTHONY CORDOVA, Police Detective for the city of Kearney, NE; and RYAN CARSON, District Judge, Buffalo County, NE;<br><br>　　　　　　　Defendants. | 8:24CV243<br><br>**MEMORANDUM AND ORDER** |

　　This matter is before the Court on its own motion. Plaintiff filed a Complaint, Filing 1, on June 21, 2024, but failed to include the $405.00 filing and administrative fees. On July 11, 2024, the Court directed Plaintiff to either submit the $405.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Filing 6. On August 5, 2024, Plaintiff submitted a $350.00 payment in this case. However, as Plaintiff has not submitted a request to proceed in forma pauperis ("IFP"), he is obligated to pay the $55.00 administrative fee assessed to non-IFP plaintiffs. Thus, Plaintiff's payment of $350.00 is short by $55.00 of the full $405.00 owed to the Court. Only if Plaintiff files a motion to proceed IFP, and the Court grants the motion, would he be obligated to pay only the $350.00 filing fee. See 28 U.S.C. § 1915(b)(1).

Accordingly, the Court will give Plaintiff 30 days to either file an IFP motion or pay the additional $55.00 administrative fee. In the absence of either action, the Court will dismiss this matter without prejudice and without further notice.

IT IS THEREFORE ORDERED that:

1. Plaintiff is directed to either submit the remaining $55.00 administrative fee to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. Plaintiff must include the case number for this case (8:24CV243) on any document or payment he submits for filing in this case.

4. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **September 9, 2024**: Check for MIFP or payment of $55.00 administrative fee.

Dated this 9th day of August, 2024.

BY THE COURT:

Brian C. Buescher
United States District Judge